IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GLORIA BURKE | ) | |
| | ) | JUDGE GARY L. LANCASTER |
| Plaintiff, | ) | Magistrate Judge Lisa Pupo Lenihan |
| vs. | ) | |
| | ) | Civil Action No. 06-cv-01297 |
| ALLIED INTERSTATE | ) | |
| | ) | **STIPULATION OF DISMISSAL** |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the instant action be and is hereby dismissed with prejudice and for each party to pay their own costs and attorneys' fees.

August 20, 2007                                       Respectfully Submitted,

                                                By:   /s/Jeffrey L. Suher
                                                      Jeffrey L. Suher, Esquire
                                                      4328 Old William Penn Highway
                                                      Suite 2J
                                                      Monroeville, PA 15146
                                                      412-374-9005
                                                      412-374-0799 (fax)
                                                      lawfirm@jeffcanhelp.com
SO ORDERED, this 21st day of                          Counsel for Plaintiff
August, 2007.

*/s/ Gary L. Lancaster*
Gary L. Lancaster,
U.S. District Judge

                                                      Danielle M. Vugrinovich, Esq.
                                                      Marshall, Dennehey, Warner, Coleman & Goggin
                                                      600 Grant Street, Suite 2900
                                                      Pittsburgh, PA 15219
                                                      (412) 803-1185
                                                      dmvugrinovich@mdwcg.com
                                                      Counsel for Defendant

1